## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY  [x] COMPLAINT   [ ] INFORMATION   [ ] INDICTMENT

OFFENSE CHARGED

Knowingly and unlawfully was present in the United States after having been previously denied admission, excluded, deported, and removed.

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

Name of District Court, and/or Judge/Magistrate Location (City)

**Felix Recio**   **U.S. MAGISTRATE JUDGE**
**Southern District of Texas**
**Brownsville, Texas**

United States District Court
Southern District of Texas
FILED

U.S.
vs
**DEFENDANT**
**Jose SANCHEZ Perez**

DEC 2 2 2008

Michael N. Milby, Clerk of Court

Place of offense
near   **Riviera, Texas**

8 USC 1326

Address {

Birth Date
(Optional unless a juvenile)

[X] Male   [X] Alien
[ ] Female   (If applicable)

B08-1447-MJ

### PROCEEDINGS

Name of Complainant Agency, or Person (& Title if any)

**United States Border Patrol**
**Brownsville, Texas**

[ ] person is waiting trial in another Federal or State Court, give name of court.

[ ] this person/proceedings is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District.

[ ] this is a re-prosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Att'y   [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**

1) [ ] Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summon was served on above charges.

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Bond from (Show District)

### IS IN CUSTODY

4) [X] On this charge

5) [ ] On another conviction   [ ] Federal  [ ] State

6) [ ] Awaiting trial on other charges If answear to (6) is "Yes", show name of institution

Has detainer been filed?   [X] Yes  [ ] No   } If "Yes" give date filed   **12/22/2008**

DATE OF ARREST   Month **December**  Day **21**  Year **2008**

DATE TRANSFERRED TO U.S. CUSTODY   Month  Day  Year

Name and Office of Person Furnishing Information on THIS FORM

**Duane Hernandez**
**U.S. Border Patrol**
**Brownsville, Texas**

Name of Asst. U.S. Att'y (if assigned)   U.S. Att'y   Other U.S. Agency

[ ] This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*

Detainer Filed on:   **December 22, 2008**